IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR320 |
| | ) | |
| v. | ) | |
| | ) | |
| RICKY LEE NELSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for continuance of initial appearance and detention hearing (Filing No. 7). The Court has been advised that defendant wishes to enter a plea in the above matter. Accordingly,

IT IS ORDERED:

1) Defendant's motion for continuance is granted.

2) An initial appearance and a Rule 11 hearing is scheduled for:

**Thursday, September 29, 2003, at 9:30 a.m. in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska**, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 8, 2005, and September 29, 2005, shall be deemed excludable time in

any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court