IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )         8:05CR320
                             )
     v.                      )
                             )
RICKY LEE NELSON,            )         ORDER
                             )
           Defendant.        )
_____)
```

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Thursday, December 15, 2005, at 8:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 7th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court