IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:05CR320
                               )
      v.                       )
                               )
RICKY LEE NELSON,              )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to pay restitution prior to sentencing (Filing No. 18). The Court finds said motion should be granted, subject to determination by the Court that the amount of $54,802.50 is the amount of restitution remaining to be paid.

IT IS ORDERED that defendant's motion to pay restitution prior to sentencing is granted, subject to determination by the Court that the amount of $54,802.50 is the amount of restitution remaining to be paid.

DATED this 13th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court